UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00342-001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DAVID N. RUSSELL | ) | ORDER |
| | ) | |

**THIS MATTER** is before the Court on the government's Unopposed Motion for Final Determination of Restitution (Doc. No. 27). At the sentencing of the defendant in this matter, the Court held that final restitution would be left open, as authorized by 18 U.S.C § 3664(d)(5). (See Doc. No. 25: Judgment at 4). The parties have now provided a final restitution amount and have proposed a modification to the Schedule of Payments concerning the manner of payment of restitution.

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the government's unopposed motion, the Judgment in this case, (Doc. No. 25), shall be amended to include a final restitution figure of $290,487.

**IT IS FURTHER ORDERED** that, based on the reasons set forth in the government's unopposed motion, the Judgment in this case, (Doc. No. 25), shall be amended to include the following language in the Schedule of Payments section (see Doc. No. 25: Judgment at 5):

> Restitution payments shall be made to the Internal Revenue Service at the following address: IRS – RACS; Attn: Mail Stop 6261, Restitution; 333 West Pershing Avenue; Kansas City, MO 64108. With each payment to the IRS, the defendant will provide the following information: (1) the defendant's name and Social Security number; (2)

the docket number assigned to this case; (3) the tax years for which restitution has been ordered; (4) and a statement that the payment is being made pursuant to this restitution order. The defendant will also send to the United States District Court Clerk notice of each payment sent to the IRS pursuant to this judgment. The defendant will send this notice to 401 West Trade Street, Room 210, Charlotte, North Carolina 28202.

All other terms concerning the Schedule of Payments in the original Judgment remain unchanged. (See Doc. No. 25 at 5).

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: December 30, 2019

Robert J. Conrad, Jr.
United States District Judge